THE STATE OF OHIO, APPELLEE, *v.* SOLOMON, APPELLANT.

[Cite as *State v. Solomon* (1994), 71 Ohio St.3d 350.]

(No. 94–2055—Submitted November 29, 1994—Decided December 23, 1994.)

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, and *Carley J. Ingram,* Assistant Prosecuting Attorney, for appellee.

*John C. Solomon, pro se.*

*Per Curiam.* For the reasons stated in the opinion of the court of appeals, that court's judgment is affirmed.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.